UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELIQUE NORRIS | CIVIL ACTION |
| VERSUS | NO. 12-2233 |
| A&S COLLECTION ASSOCIATES, INC. ET AL. | SECTION "F"(3) |

## DEFAULT JUDGMENT

IT IS HEREBY ORDERED that a Default Judgment is Rendered against Defendants A&S Collection Associates, Inc. and Bradeaux Grant and in favor of Plaintiff Angelique Norris in the amount of Fifteen Thousand Dollars ($15,000) in actual damages, Three Thousand Dollars ($3,000) in attorney's fees, and Three Hundred Fifty Dollars (350) in costs;

THUS DONE AND SIGNED in New Orleans, Louisiana, this __7th__ day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE