UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANGELIQUE NORRIS | * | |
| | * | |
| Plaintiff, | * | Civil action No. 12-2233 |
| | * | |
| v. | * | Judge Martin L.C. Feldman |
| | * | |
| A & S COLLECTION ASSOCIATES, INC., | * | Magistrate Daniel E. Knowles, III |
| EQUIFAX INFORMATION SERVICES, LLC, | * | |
| USA LANDSCAPING, LLC and | * | |
| BRADEAUX GRANT | * | |
| Defendants. | * | |

*******************************************

## ORDER

The above and foregoing "Motion to Dismiss" having been duly considered;

**IT HEREBY ORDERED, ADJUDGED AND DECREED,** that the same be and hereby is granted. Defendant USA Landscaping, LLC is hereby dismissed from this case.

New Orleans, Louisiana, this 4th day of March, 2013.

_____
Hon. Martin L.C. Feldman

1